**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| PNC EQUIPMENT FINANCE, LLC, | : | |
| | : | Case No. 1:11CV749 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| | : | |
| RONALD A. ZILBERBRAND, *et al.* | : | |
| | : | |
| Defendants. | : | |

**RULE 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff PNC Equipment Finance LLC hereby files its notice of dismissal of this action without prejudice.

Respectfully Submitted,

/s/ Glenn V. Whitaker
Glenn V. Whitaker  (0018169)
Erik B. Bond  (0087188)
221 East Fourth Street
Suite 2000, Atrium Two
Cincinnati, OH 45202
Phone:  (513) 723-4608
Facsimile:  (513) 723-4056
gvwhitaker@vorys.com
ebbond@vorys.com

James J. Restivo, Jr.
Robert P. Simons  (0077212)
Andrew J. Muha
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA  15222
Phone:  (412) 288-3131
Facsimile:  (412) 288-3063
jrestivo@reedsmith.com
rsimons@reedsmith.com
amuha@reedsmith.com

*Attorneys for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 5, 2011, I filed the foregoing Rule 41(a) Notice of Dismissal Without Prejudice using the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Charles Ellington Reynolds
Jerome Robert Linneman
Brian Patrick O'Connor
Santen & Hughes
600 Vine Street, Suite 2700
Cincinnati, OH 45205

Charles Faruki
Peter Snow
Faruki, Ireland & Cox
500 Courthouse Plaza, SW
10 N Ludlow Street
Dayton, OH 45402

                                                  /s/ Erik B. Bond
                                                  Erik B. Bond